# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| HICA EDUCATION LOAN CORPORATION, § § Case No. 5:13-cv-00758-FL | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | |
| ALICIA I. PETON, § | |
| Defendant § | |

### CLERK'S ENTRY OF DEFAULT

Plaintiff, HICA Education Loan Corporation, requested that default be entered against Defendant, Alicia I. Peton. From the record and the Clerk's file in this case, Defendant has failed to appear, plead, or otherwise defend in this case.

THEREFORE, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, default is entered against Defendant, Alicia I. Peton.

DATED this 22nd day of January, 2014.

_Julie A. Richards_
JULIE A. RICHARDS, CLERK