# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| HICA EDUCATION LOAN CORPORATION, § § § Plaintiff, § v. § § ALICIA I. PETON, § Defendant § | Case No. 5:13-cv-00758-FL<br><br>Judge Louise Wood Flanagan |

## JUDGMENT

Plaintiff has requested a default judgment in this case against the Defendant, Alicia I. Peton. The Clerk has entered the Defendant's default in accordance with Rule 55 (a) of the Federal Rules of Civil Procedure. The Court, having examined the pleadings and the record, is of the opinion that the Plaintiff's request is well-founded and should be granted. IT IS, THEREFORE,

ORDERED, ADJUDGED, and DECREED that Plaintiff, HICA EDUCATION LOAN CORPORATION shall be, and hereby is, awarded judgment from and against Defendant, Alicia I. Peton, for the following:

1. $4,755.40 in unpaid principal through December 17, 2013;

2. $2,208.73 in accrued, unpaid interest through December 17, 2013;

3. $5.03 in accrued, unpaid late charges through December 17, 2013;

4. Prejudgment interest at the rate of $0.40 per day from December 18, 2013 until the date of judgment;

5. Post-judgment interest is awarded on the foregoing sums at the contractual rate set forth in the contract between the parties, which is a variable rate calculated by the Secretary of the Department of Health and Human Services for each

calendar quarter and computed by determining the average of the bond equivalent rates for the ninety-one day U.S. Treasury Bills auctioned during the preceding quarter, plus three percent, rounding this figure up to the nearest one-eighth of one percent; and

6. All costs of court.

IT IS FURTHER ORDERED, ADJUDGED, and DECREED that Plaintiff shall have all writs and process necessary to enforce this judgment.

SIGNED and ENTERED this __13th__ day of _____February__, 2014.

_____
UNITED STATES DISTRICT JUDGE