# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| HICA EDUCATION LOAN CORPORATION, § § Case No. 5:13-cv-00758-FL | |
| Plaintiff, § | |
| v. § Judge Louise Wood Flanagan § | |
| ALICIA I. PETON, § | |
| Defendant § | |

## ORDER AWARDING ATTORNEYS' FEES AND COSTS TO PLAINTIFF

BEFORE THE COURT is Plaintiff's Motion for Award of Attorneys' Fees and Costs ("the Motion"). The Court has considered the Motion, the evidence, and the record, and is of the opinion that the Motion should be GRANTED. IT IS, THEREFORE,

**ORDERED, ADJUDGED, and DECREED** that Plaintiff, HICA Education Loan Corporation shall be, and hereby is, awarded attorneys' fees against Defendant, Alicia I. Peton, in the amount of $1,831.25, plus court costs in the amount of $500.00.

SIGNED this __4th__ day of _____April__, 2014.

_____
UNITED STATES DISTRICT JUDGE